IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IDELLA G. SCOTT,

    Plaintiff,

v.                                      CASE NO. 4:13cv19-RH/CAS

LOIS H. HUNTER, individually and as
TAX COLLECTOR for Jefferson County,
Florida.

    Defendant.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

      The plaintiff Idella G. Scott is a clerical employee of the defendant Lois H. Hunter, the Tax Collector of Jefferson County, Florida. Ms. Hunter has notified Ms. Scott of her termination effective as of tomorrow, January 31, 2013. Ms. Scott has moved for a preliminary injunction blocking the termination. This order confirms the ruling denying the preliminary-injunction motion, as announced on the record of the evidentiary hearing on January 30, 2013.

      In order to obtain a preliminary injunction, a plaintiff must establish a substantial likelihood of success on the merits, that she will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever

damage the proposed injunction may cause a defendant, and that the injunction will not be adverse to the public interest. *See*, *e.g.*, *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc); *Charles H. Wesley Education Foundation, Inc. v. Cox*, 408 F.3d 1349, 1354 (11th Cir. 2005).

The standards governing Ms. Scott's claim that she was terminated for supporting Ms. Hunter's opponent in the recent election are set out in *Epps v. Watson*, 492 F.3d 1240 (11th Cir. 2007). The standards governing Ms. Scott's claim that she had a stigma-plus liberty interest and was terminated without a hearing in violation of the Due Process Clause are set out in *Cannon v City of West Palm Beach*, 250 F.3d 1299 (11th Cir. 2001).

Ms. Scott has failed to carry her burden of establishing the four prerequisites to a preliminary injunction. Accordingly,

IT IS ORDERED:

The preliminary-injunction motion, ECF No. 5, is DENIED.

SO ORDERED on January 30, 2013.

                            s/Robert L. Hinkle
                            United States District Judge