UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IDELLA G. SCOTT,

    VS                                  CASE NO.   4:13cv19-RH/CAS

LOIS H. HUNTER, individually and as
Tax Collector for Jefferson County,
Florida,

## JUDGMENT

The plaintiff Idella G. Scott voluntarily dismissed her claims against the defendant Lois H. Hunter in her individual capacity.  The claims against the defendant Lois H. Hunter in her official capacity as the Tax Collector for Jefferson County, Florida, were tried to a jury with the Honorable Robert L. Hinkle presiding.  The jury returned a verdict for Ms. Hunter.

IT IS ORDERED AND ADJUDGED that the plaintiff, Idella G. Scott, recover nothing from the defendant, Lois H. Hunter, individually and as Tax Collector for Jefferson County, Florida.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

 September 16, 2013                *s/Elizabeth Lawrence*
DATE                                    Deputy Clerk: Elizabeth Lawrence